WILLIAM PRYOR, Circuit Judge,
concurring:
I concur that we must dismiss this petition for a writ of habeas corpus. See United States v. Hogan, 986 F.2d 1364, 1369 (11th Cir.1993) (“[I]t is the firmly established rule of this Circuit that each succeeding panel is bound by the holding of the first panel to address an issue of law, unless and until that holding is overruled en banc, or by the Supreme Court.”). But for the reasons explained in my concurrence in Samak v. Warden, FCC Coleman-Medium, 766 F.3d 1271, 1275-95 (11th Cir.2014) (Pryor, J., concurring), our decision in Bryant v. Warden, FCC Coleman-Medium, 738 F.3d 1253 (11th Cir.2013), is wrong.